**No. 47575.**—Protests 934968–G, etc., of Schenker & Co., Inc. (New York).

Opinion by KEEFE, J. At the trial the protests were submitted on the record in the case of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) which was admitted in evidence. In accordance therewith it was held that 10 percent allowance should have been made for the weight of the gelatinous material surrounding the merchandise contained in the tins.

BEFORE THE THIRD DIVISION, SEPTEMBER 21, 1942

**No. 47576.**—Protest 5838–K/88747 of Man Sun Wing Co. (Chicago).

Opinion by CLINE, J. In accordance with stipulation that some of the merchandise in question consists of crude drugs and others of drugs, advanced, and that they are similar to the merchandise the subject of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protest was sustained as to certain of the articles in question.

**No. 47577.**—Protest 36754–K/89444 of Wah Ching Lung Co. (Chicago).

Opinion by CLINE, J. It was stipulated that the merchandise in question is similar to some of the articles covered by the decision of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372). In accordance therewith the claim for free entry under paragraph 1669 was sustained as to some of the drugs, but the protest was held not sufficient to support the claim under paragraph 34. The protest was therefore overruled in all other respects.

SEPTEMBER 15, 1942

**No. 47578.**—Protests 9400–K, etc., of Theo. L. Stern & Co., Inc. Plaintiff's application for rehearing denied.

**No. 47579.**—Protest 47996–K of Abercrombie & Fitch Co. Plaintiffs' application for rehearing denied.

**No. 47580.**—Protest 894162–G of American Import Co. Plaintiff's application for rehearing denied.

**No. 47581.**—Protest 894181–G of W. X. Huber Co. Plaintiff's application for rehearing denied.

**No. 47582.**—Protest 982041–G of Rathjen Brothers. C. D. 659. Motion of Government for rehearing denied.